# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ANNAMARIE RENTERIA–HINOJOSA,**

CASE NO: **2:23–CV–01413–DJC–DB**

v.

**SUNSWEET GROWERS, INC.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/05/23**

**Keith Holland**
Clerk of Court

ENTERED:  **October 5, 2023**

by: /s/  V. Licea Chavez
Deputy Clerk